GEORGE STERN et al., Copartners Trading as AEON MANUFACTURING Co., Respondents, v. HARRY & BEN L. GEROFSKY, INC., Appellant.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements

to the appellant, and the motion granted in all respects. Bill of particulars to be served within ten days after service of the order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.